Patrick F. Bright (SBN 68709)
WAGNER, ANDERSON & BRIGHT, PC
10524 W. Pico Blvd. Suite 214
Los Angeles, California 90064
Tel.:  (310) 876-1831
Fax:  (310) 559-9133
E-mail: pbright@brightpatentlaw.com

Attorneys for Plaintiff Mega Distribution Int'l, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MEGA DISTRIBUTION INT'L. INC., a California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>LEDEQUIPPED.COM CORP., a New York Corporation;<br>Defendant. | Case No. 2:15-cv-8579<br><br>**COMPLAINT FOR INFRINGEMENT OF UNITED STATES PATENT NOS. D614,063; D618,572; D627,672; and D617,229.**<br><br>**DEMAND FOR JURY TRIAL** |

1.  Plaintiff Mega Distribution Int'l, Inc., a California corporation ("Mega"), for its complaint, and demanding trial by jury under Rule 38, Fed. R. Civ. P., and Local Rule 38-1, alleges that LEDEQUIPPED.COM Corp. ("Defendant"), a New York corporation, is infringing U.S. Design Patent D614,063 ("the '063 patent"), U.S. Design Patent D618,572 ("the '572 patent"), U.S. Design Patent D627,672; and U.S. Design Patent D617,229 (collectively, "the Mega patents"), by making, selling, and offering to sell, in this judicial district, lightbars that infringe the Mega patents.

2.  This is a civil action for patent infringement and arises under, among other things, the United States Patent Laws, 35 U. S. C. section 10, et seq.

1. Jurisdiction is therefore based upon 28 U. S. C. sections 1331 and 1338(a), providing for federal question jurisdiction of patent infringement actions and exclusive jurisdiction of patent infringement actions in the U. S. district courts.

3. Plaintiff Mega is informed and believes, and thereon alleges, that venue in this court is proper under 28 U. S. C. section 1391 (c) and section 1400 (b) because the acts of patent infringement alleged herein took place, at least in part, within this judicial district.

4. Plaintiff Mega is a California corporation, and has its principal place of business in Paramount, California.

5. Defendant is a New York corporation, and has a place of business in Great Neck, New York.

6. On April 20, 2010, the U. S. Patent and Trademark Office duly and lawfully issued the '063 patent under the title *Warning Light Lens*. A true and correct copy of the '063 patent is attached hereto as **Exhibit A**.

7. On June 29, 2010, the U.S. Patent and Trademark Office duly and lawfully issued the '572 patent under the title *Warning Light Lens*. A true and correct copy of the '572 patent is attached hereto as **Exhibit B**.

8. On November 23, 2010, the U.S. Patent and Trademark Office duly and lawfully issued the '672 patent under the title *Warning Light Lens*. A true and correct copy of the '672 patent is attached hereto as **Exhibit C**.

9. On June 8, 2010, the U.S. Patent and Trademark Office duly and lawfully issued the '229 patent under the title *Mirrored Light Bar Set For Emergency Vehicles*. A true and correct copy of the '229 patent is attached as **Exhibit D**.

8. At least since 2013, Defendant has infringed the '063 and '229 patents by selling, and offering to sell, in this judicial district and elsewhere in the United States, light bars with warning light lenses covered by the single claim of the '063 and '229 patents. Defendant's offers to sell and sale, in this judicial district, of

Lights Bars, specifically model Black-Hawk 3 Interior Visor Led TIR Light bars, have infringed the '063 and '229 patents.

Defendant has infringed the '572 patent by selling, and offering to sell, in this judicial district and elsewhere in the United States, light bars with warning lights lenses covered by the single claim of the '572 patent. Defendant's offer to sell and sale, in this judicial district, of Black-Hawk 4 Interior Visor Led TIR Light Bars; Condor Emergency LED TIR Light bars 23in; Condor Emergency LED TIR Light Bar 40in; Condor Emergency LED TIR Light bars 48in; Condor Emergency LED TIR Light bars 60in; Falcon Flight Emergency LED Light Bars 18in; Falcon Flight Emergency LED Light Bar 27in; Falcon Flight Emergency LED Light Bar 37in; Falcon Flight Emergency LED Light bar 60in; Falcon Flight Emergency LED TIR Light Bar 48in; Falcon Flight Extreme Emergency LED Light Bar 18in; Falcon Flight Extreme Emergency LED Light Bar 27in; Falcon Flight Extreme Emergency LED Light Bar 37in; Falcon Flight Extreme Emergency LED Light Bar 48in; Falcon Flight Extreme Emergency LED Light Bar 55in; Falcon Flight Extreme Emergency LED Light Bar 63in; and Condor and Falcon TIR Replacement module, have infringed the '572 patent.

Defendant has infringed the '672 patent by selling, and offering to sell, in this judicial district and elsewhere in the United States, light bars with warning light lenses covered by the single claim of the '672 patent. Defendant's offer to sell and sale, in this judicial district, of Condor Emergency LED Linear Light bar 40in; Condor Emergency LED Linear Light bar 48in; Condor Emergency LED Linear Light bar 60 in; Condor Linear emergency led lightbar 23in; Falcon Flight Extreme Linear Emergency LED Light Bar 18in; Falcon Flight Extreme Linear Emergency LED Light Bar 27in; Falcon Flight Extreme Linear Emergency LED Light Bar 37in; Falcon Flight Extreme Linear Emergency LED Light Bar 48in; Falcon Flight Extreme Emergency LED Light Bar 55in; Falcon Flight Extreme Linear Emergency LED Light Bar 63in; Hunter Interior Visor Linear LED Emergency Vehicle Light

Bar; and Condor and Falcon linear replace modules, have infringed the '672 patent. Images and a spreadsheet of Defendant's infringing products are attached hereto as **Exhibit E.**

8. Upon information and belief, Defendant's infringement has taken place with full knowledge of the Mega patents and has been intentional, deliberate, and willful.

9. Upon information and belief, Defendant has derived, and will continue to derive, and received from the above infringement, gains, profits, and advantages in an amount not presently known to Mega.

10. Defendant's infringement of the Mega patents has damaged Mega in an unknown amount. These damages continue to grow as Defendant's infringement continues. Under Section 284 of Title 35 of the United States Code, Mega seeks damages adequate to compensate for this infringement in an amount not less than Defendant's total profit from sales of the infringing products, together with interest and costs affixed by the Court. Under Section 289 of Title 35 of the United States Code, Mega also seeks its lost profit.

11. Defendant's continuing infringement of the Mega patents has caused and continues to cause irreparable harm to Mega, including impairing the value of the Mega patents in an amount yet to be determined. Pursuant to Section 283 of Title 35 of the United States Code, Mega seeks a preliminary and a permanent injunction against further infringement of the Mega patents.

## PRAYER FOR RELIEF

WHEREFORE, Mega prays for the following relief from this court against Defendant:

1. An order, pursuant to 35 U.S.C. Section 271, declaring that Defendant has infringed the single claim of the '063 patent; the single claim of the '572 patent; the single claim of the '672 patent; and the single claim of the '229 patent;

2. A preliminary and a permanent injunction against Defendant, prohibiting Defendant from further infringement of the Mega patents;

3. An award of the actual damages Mega has suffered by reason of the infringement charged in this Complaint, in an amount not less than the total profits from Defendant's sales of the products charged with infringing the Mega patents;

4. An award to Plaintiff Mega of its costs of suit herein; and

5. Such other and further relief as the Court may deem just and proper.

Dated: November ___, 2015

Respectfully submitted,

WAGNER, ANDERSON & BRIGHT PC

By: _____
Patrick F. Bright
Attorneys for Plaintiff Mega Distribution Int'l Inc.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, and Local Rule 38-1, Plaintiff Mega does hereby demand trial by jury of each and every issue and claim as to which it is entitled to trial by jury under Rule 38(a) of the Federal Rules of Civil Procedure.

Dated: November 3, 2015

Respectfully submitted,

WAGNER, ANDERSON & BRIGHT PC

By: /s/ Patrick Bright
Patrick F. Bright
Attorneys for Plaintiff Mega Distribution Int'l Inc.