# EXHIBIT A

US00D614063S

(12) **United States Design Patent**
Shin

(10) Patent No.:      **US D614,063 S**
(45) Date of Patent:      ** **Apr. 20, 2010**

(54) **WARNING LIGHT LENS**

(76) Inventor:   **David D Shin**, 7322 Madison St., Paramount, CA (US) 90723

(**) Term:      **14 Years**

(21) Appl. No.:   **29/352,301**

(22) Filed:      **Dec. 18, 2009**

(51) LOC (9) Cl.   .................................................   10-05
(52) U.S. Cl.   ...................................................   **D10/114**
(58) Field of Classification Search   ...............   D10/109, D10/111, 114;   D26/29–31, 60, 37, 24;   362/158, 362/171–174, 183–208
See application file for complete search history.

(56)      **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D118,717 S | | 1/1940 | Alm |
| 3,093,320 A | | 6/1963 | Knapp |
| D205,957 S | | 10/1966 | Skokie |
| D215,117 S | | 9/1969 | Stahl |
| D221,106 S | | 7/1971 | Tixier |
| 4,020,047 A | | 4/1977 | Burland |
| D246,131 S | | 10/1977 | Schifrin |
| D246,330 S | * | 11/1977 | Krase et al. ..................... D26/76 |
| D248,791 S | | 8/1978 | Tixier |
| D255,883 S | | 7/1980 | Ferenc |
| D282,687 S | | 2/1986 | McMahon |
| D352,914 S | | 11/1994 | Sours |
| D375,180 S | | 10/1996 | Lyons |
| D397,633 S | * | 9/1998 | Yang et al. ................... D10/111 |
| D402,576 S | | 12/1998 | Yang et al. |
| D407,168 S | * | 3/1999 | Arakelian ..................... D26/28 |
| D414,712 S | * | 10/1999 | Yang et al. ................... D10/111 |
| D483,511 S | | 12/2003 | Lay |
| D530,437 S | | 10/2006 | Neufeglise |
| D542,948 S | | 5/2007 | Columbro |
| D564,108 S | | 3/2008 | Lassen |
| D583,695 S | * | 12/2008 | Grote, Jr. ..................... D10/109 |

| | | |
|---|---|---|
| D584,180 S | 1/2009 | Pokorny |
| D589,835 S | 4/2009 | Pokorny |
| D591,187 S | 4/2009 | Pokorny |
| D591,188 S | 4/2009 | Pokorny |
| D593,428 S | 6/2009 | Lyons |
| D595,172 S | 7/2009 | Pokorny |
| 2005/0190553 A1 | 9/2005 | Lynch et al. |

* cited by examiner

*Primary Examiner*—Caron Veynar
*Assistant Examiner*—George D Kirschbaum
(74) *Attorney, Agent, or Firm*—Kirk A. Buhler; Buhler & Associates

(57)      **CLAIM**

The ornamental design of a warning light lens, as shown and described.

**DESCRIPTION**

FIG. 1 is a top perspective view for a warning light lens showing my new design;

FIG. 2 is a top view thereof;

FIG. 3 is a right view, the opposite left side is a mirror image thereof;

FIG. 4 is a bottom view thereof;

FIG. 5 is a front view, the opposite back side is a mirror image thereof;

FIG. 6 is a cross-sectional view taken along lines 6—6 from FIG. 4 thereof;

FIG. 7 is a cross-sectional view taken along lines 7—7 from FIG. 4; and,

FIG. 8 is a perspective view of the warning light lens with environmental mounted hardware.

The broken lines in FIG. 8 depict environmental subject matter of mounting hardware for the invention only and form no part of the claimed design.

**1 Claim, 4 Drawing Sheets**





**FIG. 1**



**FIG. 2**



**FIG. 3**



**FIG. 4**



**FIG. 5**



**FIG. 6**



**FIG. 7**



**FIG. 8**

# EXHIBIT B

US00D618572S

(12) **United States Design Patent**
Shin

(10) Patent No.: **US D618,572 S**
(45) Date of Patent: ** **Jun. 29, 2010**

| | | |
|---|---|---|
| D589,835 S | 4/2009 | Pokorny |
| D591,187 S | 4/2009 | Pokorny |
| D591,188 S | 4/2009 | Pokorny |
| D593,428 S | 6/2009 | Lyons |
| D595,172 S | 6/2009 | Pokorny |
| 2005/0190553 A1 | 9/2005 | Lynch et al. |

(54) WARNING LIGHT LENS

(76) Inventor: **David D Shin**, 7322 Madison St.,
Paramount, CA (US) 90723

(\*\*) Term: 14 Years

(21) Appl. No.: 29/352,299

(22) Filed: **Dec. 18, 2009**

(51) LOC (9) Cl. ..................................... 10-05
(52) U.S. Cl. ..................................... D10/114
(58) Field of Classification Search ............ D10/109,
D10/111, 114; D26/29–31, 60, 37, 24; 362/158,
362/171–174, 183–208
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D118,717 S | | 1/1940 | Alm |
| 3,093,320 A | | 6/1963 | Knapp |
| D205,957 S | | 10/1966 | Skokie |
| D215,117 S | | 9/1969 | Stahl |
| D221,106 S | | 7/1971 | Tixier |
| 4,020,047 A | | 4/1977 | Burland |
| D246,131 S | | 10/1977 | Schifrin |
| D248,791 S | | 8/1978 | Tixier |
| D255,883 S | | 7/1980 | Ferenc |
| D282,687 S | | 2/1986 | McMahon |
| D352,914 S | | 11/1994 | Sours |
| D375,180 S | | 10/1996 | Lyons |
| D397,633 S | * | 9/1998 | Yang et al. .................. D10/111 |
| D402,576 S | | 12/1998 | Yang et al. |
| D407,168 S | * | 3/1999 | Arakelian .................. D26/28 |
| D414,712 S | * | 10/1999 | Yang et al. .................. D10/111 |
| D483,511 S | | 12/2003 | Lay |
| D530,437 S | | 10/2006 | Neufeglise |
| D542,948 S | | 5/2007 | Columbro |
| D564,108 S | | 3/2008 | Lassen |
| D583,695 S | * | 12/2008 | Grote, Jr. .................. D10/109 |
| D584,180 S | | 1/2009 | Pokorny |

\* cited by examiner

*Primary Examiner*—Caron Veynar
*Assistant Examiner*—George D Kirschbaum
(74) *Attorney, Agent, or Firm*—Kirk A. Buhler; Buhler &
Associates

(57) **CLAIM**

The ornamental design of a warning light lens, as shown and
described.

**DESCRIPTION**

FIG. 1 is a top perspective view for a warning light lens
showing my new design;

FIG. 2 is a top view thereof;

FIG. 3 is a right view, the opposite left side is a mirror image
thereof;

FIG. 4 is a bottom view thereof;

FIG. 5 is a front view, the opposite back side is a mirror image
thereof;

FIG. 6 is a cross-sectional view taken along the lines 6—6
from FIG. 4 thereof;

FIG. 7 is a cross-sectional view taken along the lines 7—7
from FIG. 4; and,

FIG. 8 is a perspective view of the warning light lens with
environmental mounted hardware.

The broken lines in FIG. 8 depict environmental subject mat-
ter of mounting hardware for the invention only and form no
part of the claimed design.

**1 Claim, 4 Drawing Sheets**



**U.S. Patent**        Jun. 29, 2010        Sheet 1 of 4        **US D618,572 S**



**FIG. 1**



**FIG. 2**



**FIG. 3**



**FIG. 4**



**FIG. 5**



**FIG. 6**



**FIG. 7**



**FIG. 8**

# EXHIBIT C



US00D627672S

(12) **United States Design Patent**

Shin

(10) Patent No.: **US D627,672 S**

(45) Date of Patent: ** **Nov. 23, 2010**

(54) **WARNING LIGHT LENS**

(76) Inventor: **David D Shin**, 7322 Madison St., Paramount, CA (US) 90723

(**) Term: **14 Years**

(21) Appl. No.: **29/352,286**

(22) Filed: **Dec. 18, 2009**

(51) LOC (9) Cl. ............................................ **10-05**

(52) U.S. Cl. ........................................... **D10/114**

(58) **Field of Classification Search** ............... D10/109, D10/111, 114; D26/28, 120
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D118,717 | S | 1/1940 | Alm | |
| D134,349 | S * | 11/1942 | Cadwallader | D26/120 |
| 2,848,597 | A * | 8/1958 | Knottnerus | 362/227 |
| 3,093,320 | A | 6/1963 | Knapp | |
| D205,957 | S | 10/1966 | Skokie | |
| D215,117 | S | 9/1969 | Stahl | |
| D221,106 | S | 7/1971 | Tixier | |
| D223,521 | S * | 4/1972 | Sheward | D10/111 |
| 4,020,047 | A | 4/1977 | Burland | |
| D246,131 | S | 10/1977 | Schifrin | |
| D248,791 | S | 8/1978 | Tixier | |
| D255,883 | S | 7/1980 | Ferenc | |
| D282,687 | S | 2/1986 | McMahon | |
| D352,914 | S | 11/1994 | Sours | |
| D375,180 | S | 10/1996 | Lyons | |
| D402,576 | S | 12/1998 | Yang et al. | |
| D414,712 | S * | 10/1999 | Yang et al. | D10/111 |
| D483,511 | S | 12/2003 | Lay | |
| D512,790 | S * | 12/2005 | Handsaker et al. | D26/28 |
| D530,437 | S | 10/2006 | Neufeglise | |
| D542,948 | S | 5/2007 | Columbro | |
| D564,108 | S | 3/2008 | Lassen | |
| D583,695 | S * | 12/2008 | Grote, Jr. | D10/109 |
| D584,180 | S | 1/2009 | Pokorny | |
| D589,835 | S | 4/2009 | Pokorny | |
| D591,187 | S | 4/2009 | Pokorny | |
| D591,188 | S | 4/2009 | Pokorny | |
| D593,428 | S | 6/2009 | Lyons | |
| D595,172 | S | 6/2009 | Pokorny | |
| D600,584 | S * | 9/2009 | Lyons | D10/114 |
| D610,931 | S * | 3/2010 | Lyons | D10/114 |
| 2005/0190553 | A1 | 9/2005 | Lynch et al. | |

* cited by examiner

*Primary Examiner*—Caron Veynar
*Assistant Examiner*—George D Kirschbaum
(74) *Attorney, Agent, or Firm*—Kirk A. Buhler; Buhler & Associates

(57) **CLAIM**

The ornamental design of a warning light lens, as shown and described.

**DESCRIPTION**

FIG. 1 is a top perspective view for a warning light lens showing my new design;

FIG. 2 is a top view thereof;

FIG. 3 is a right view, the opposite left side is a mirror image thereof;

FIG. 4 is a bottom view thereof;

FIG. 5 is a front view, the opposite back side is a mirror image thereof;

FIG. 6 is a cross-sectional view taken along the lines 6—6 from FIG. 2; and,

FIG. 7 is a cross-sectional view taken along the lines 7—7 from FIG. 3.

FIG. 8 is a perspective view of the warning light lens with environmental mounted hardware.

The broken lines in FIG. 8 depict environmental subject matter of mounting hardware for the invention only and form no part of the claimed design.

**1 Claim, 4 Drawing Sheets**



Case 2:15-cv-08579-JVS-JPR   Document 1-1   Filed 11/03/15   Page 15 of 41   Page ID #:21



**FIG. 1**



**FIG. 2**



**FIG. 3**



**FIG. 4**



FIG. 5



FIG. 6

**U.S. Patent**          Nov. 23, 2010          Sheet 4 of 4          US D627,672 S



**FIG. 7**

**FIG. 8**

# EXHIBIT D

US00D617229S

(12) **United States Design Patent**
Shin

(10) Patent No.:  **US D617,229 S**
(45) Date of Patent:   ** *Jun. 8, 2010

(54) **MIRRORED LIGHT BAR SET FOR EMERGENCY VEHICLES**

(76) Inventor: **David D Shin**, 7322 Madison St., Paramount, CA (US) 90723

( * ) Notice: This patent is subject to a terminal disclaimer.

(**) Term: **14 Years**

(21) Appl. No.: **29/350,788**

(22) Filed: **Nov. 23, 2009**

(51) **LOC (9) Cl.** ................................................. **10-05**
(52) **U.S. Cl.** .......................................................... **D10/114**
(58) **Field of Classification Search** ............... D10/114; D26/72, 85; 362/540–549
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,814,029 A | 11/1957 | McRea | |
| 3,278,741 A | 10/1966 | Wood | |
| D249,250 S | 9/1978 | Peirish, Jr. | |
| 4,357,595 A | 11/1982 | Gosswiller | |
| D274,001 S | 5/1984 | Sailers | |
| 4,620,268 A | 10/1986 | Ferenc | |
| 4,937,711 A | 6/1990 | Shuen | |
| 4,956,753 A | 9/1990 | Renfrew | |
| D324,921 S | 3/1992 | Stanuch et al. | |
| D355,142 S | 2/1995 | Wagner | |
| D400,675 S | 11/1998 | Sopko | |
| RE36,245 E * | 7/1999 | Stanuch et al. ............. | 362/480 |
| D419,249 S | 1/2000 | Ford et al. | |
| D442,106 S | 5/2001 | Stein et al. | |
| 6,461,008 B1 | 10/2002 | Pederson | |
| 6,511,216 B2 * | 1/2003 | Strickland ................... | 362/542 |
| 6,590,502 B1 | 7/2003 | Pederson | |
| 6,623,151 B2 | 9/2003 | Pederson | |
| 6,788,217 B2 | 9/2004 | Pederson | |
| 6,789,930 B2 | 9/2004 | Pederson | |
| 6,814,459 B2 | 11/2004 | Pederson | |
| 6,822,578 B2 | 11/2004 | Pederson | |
| 7,033,036 B2 | 4/2006 | Pederson | |
| 7,394,398 B2 | 7/2008 | Pederson | |
| D592,089 S * | 5/2009 | Shin ........................... | D10/114 |
| 2008/0080203 A1* | 4/2008 | Neufeglise ................. | 362/540 |

* cited by examiner

*Primary Examiner*—Caron Veynar
*Assistant Examiner*—George D Kirschbaum
(74) *Attorney, Agent, or Firm*—Kirk A. Buhler; Buhler & Associates

(57) **CLAIM**

The ornamental design for a mirrored light bar set for emergency vehicles, as shown and described.

**DESCRIPTION**

FIG. 1 is a top, left perspective view of a mirrored light bar set for emergency vehicles showing my new design;

FIG. 2 is a front, top right perspective view of the right unit, as seen in FIG. 1, the left side being a mirror image thereof;

FIG. 3 is a top, left, perspective view of the right unit, as seen in FIG. 1, the left side being a mirror image thereof;

FIG. 4 is a top view thereof;

FIG. 5 is a bottom view thereof;

FIG. 6 is a front view thereof;

FIG. 7 is a back view thereof;

FIG. 8 is a left right side view of the left unit, the right unit having a mirror image thereof;

FIG. 9 is a left side view of the right unit, the left unit having a mirror image view thereof; and,

FIG. 10 is environmental of the claimed design.

The broken lines in FIGS. 1 and 4-10 depict mounting hardware environmental subject matter and form no part of the claimed design.

The broken lines in FIG. 10 depict environmental subject matter of a vehicle and form no part of the claimed design.

**1 Claim, 6 Drawing Sheets**





FIG. 1

Case 2:15-cv-08579-JVS-JPR   Document 1-1   Filed 11/03/15   Page 22 of 41   Page ID #:28



FIG. 2

FIG. 3



**FIG. 4**

**FIG. 5**



FIG. 6

FIG. 7



**FIG. 8**



**FIG. 9**



**FIG. 10**

# EXHIBIT E

LEDEQUIPPED.COM PRODUCTS                    PATENT NUMBER    MODEL NAME



D617,229S and      Black-Hawk 3 Interior Visor
D614,063S          Led TIR Light bar



                                           Black-Hawk 4 Interior Visor
D618,572S          Led TIR Light bar



D627,672S

Condor Emergency LED
Linear Light bar 40in



D627,672S

Condor Emergency LED
Linear Light bar 48in



D627,672S

Condor Emergency LED
Linear Light bar 60 in



D618,572S

Condor Emergency LED TIR
Light bar 23in



D618,572S

Condor Emergency LED TIR
Light bar 40in



D618,572S

Condor Emergency LED TIR
Light bar 48in



D618,572S

Condor Emergency LED TIR
Light bar 60in



D627,672S

Condor Linear emergency
led lightbar 23in



D618,572S

Falcon Flight Emergency LED
Light Bar 18 in



D618,572S

Falcon Flight Emergency LED
Light Bar 27 in



D618,572S

Falcon Flight Emergency LED
Light Bar 37 in



D618,572S

Falcon Flight Emergency LED
Light Bar 60 in



D618,572S          Falcon Flight Emergency LED
                   TIR Light Bar 48in



D618,572S          Falcon Flight Extreme
                   Emergency LED Light Bar 18
                   in



D618,572S

Falcon Flight Extreme
Emergency LED Light Bar 27
in



D618,572S

Falcon Flight Extreme
Emergency LED Light Bar 37
in



D618,572S

Falcon Flight Extreme
Emergency LED Light Bar 48
in



D618,572S

Falcon Flight Extreme
Emergency LED Light Bar 55
in



D618,572S

Falcon Flight Extreme
Emergency LED Light Bar 63
in



D627,672S

Falcon Flight Extreme Linear
Emergency LED Light Bar 18
in



D627,672S

Falcon Flight Extreme Linear Emergency LED Light Bar 27 in



D627,672S

Falcon Flight Extreme Linear Emergency LED Light Bar 37 in



D627,672S

Falcon Flight Extreme Linear Emergency LED Light Bar 48 in



D627,672S

Falcon Flight Extreme Linear Emergency LED Light Bar 55 in



D627,672S

Falcon Flight Extreme Linear Emergency LED Light Bar 63 in



D627,672S

Hunter Interior Visor Linear
Led Emergency Vehicle Light
bar



D627,672S

Condor & Falcon linear
replacement module



D618,572S          Condor  & Falcon TIR
                   Replacement module